UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 3:05-CV04917 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| SANDRA H. MCCLELLAND, ET VIR<br>Plaintiff<br><br>vs.<br><br>PFIZER, INC., ET AL.<br>Defendants | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, SANDRA H. MCCLELLAND and RONALD MCCLELLAND, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: _____, 2009      By: _____
                                            Attorneys for Plaintiffs,
                                            Sandra H. McClelland and
                                            Ronald McClelland

DATED: \_\_\_December 15\_\_\_, 2009      By: _____
                                            DLA PIPER LLP (US)
                                            1251 Avenue of the Americas
                                            New York, NY 10020
                                            Telephone: (212) 335-4500
                                            Facsimile: (212) 335-4501
                                            *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: \_\_JAN - 4 2010\_\_      _____
                                 Hon. Charles R. Breyer
                                 United States District Court