UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 3:05-CV04917 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| SANDRA H. MCCLELLAND, ET VIR<br>Plaintiff | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| PFIZER, INC., ET AL.<br>Defendants | |

Come now the Plaintiffs, SANDRA H. MCCLELLAND and RONALD MCCLELLAND, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: _____, 2009   By: _____
Attorneys for Plaintiffs,
Sandra H. McClelland and
Ronald McClelland

DATED: \_\_\_\_December 15\_\_\_\_, 2009   By: _____
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: \_\_\_JAN - 4 2010\_\_\_   _____
Hon. Charles R. Breyer
United States District Court